# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL MEDICAL IMAGING, LLC, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 16-5044** |
| | : | |
| **U.S. BANK, N.A., *et al.*,** | : | |
| **Defendants.** | : | **FILED** |
| | : | |
| | : | **JUL 1 2 2017** |

**KATE BARKMAN, Clerk**
By_____Dep. Clerk

## ORDER

**AND NOW**, this 12th day of July 2017, upon consideration of the Motion to Dismiss of

Defendant Ashland Funding, LLC, and the response and reply thereto, and for the reasons stated

in the accompanying Opinion, it is hereby **ORDERED** that the Motion [Doc. No. 6] is

**DENIED**. It is further **ORDERED** that Defendant Ashland Funding, LLC shall file an Answer

to the Amended Complaint no later than **August 2, 2017**.

**IT IS SO ORDERED**.

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**