IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL MEDICAL IMAGING, LLC,** *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 16-5044 |
| **U.S. BANK, N.A.,** *et al.*, | : |
| Defendants. | : |

## **ORDER**

**AND NOW**, this 30th day of April 2018, upon consideration of Plaintiffs' Motion for Partial Summary Judgment on the Issue of Defendants' Liability for Bad Faith under 11 U.S.C. § 303(i)(2) based on Collateral Estoppel [Doc. No. 22], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motion [Doc. No. 22] is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**