IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL MEDICAL IMAGING, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. BANK N.A. et al.,<br><br>        Defendants. | CIVIL ACTION NO. 16-5044 |

## ORDER

**AND NOW**, this 28th day of August 2019, upon consideration of Defendants' motions for summary judgment [Doc. Nos. 74, 78, 79, 80], and the replies and responses thereto, it is hereby **ORDERED** that:

1. Defendants' motions are **GRANTED**;

2. Plaintiffs' claim is **DISMISSED with prejudice**;

3. U.S. Bank's motion for default judgment [Doc. No. 76] is **DISMISSED as moot**;

4. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                  BY THE COURT:

                                  /s/ Cynthia M. Rufe
                                  _____
                                  **CYNTHIA M. RUFE, J.**